NUMBER 13-99-824-CV 



COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

____________________________________________________________________ 



FRANK A. SMITH SALES, INC. D/B/A 

FRANK SMITH TOYOTA, Appellant, 



v. 



BEN BRIDGE JEWELERS, INC., Appellee. 

____________________________________________________________________ 



On appeal from the County Court at Law No. 2 

of Hidalgo County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, FRANK A. SMITH SALES, INC. D/B/A FRANK SMITH TOYOTA,
perfected an appeal from a judgment entered by the County Court at Law No. 2
of Hidalgo County, Texas, in cause number CL-30,153-B.
After the record was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that this case has been resolved and appellant no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal. 

The Court, having considered the documents on file and appellant's motion to dismiss
the appeal, is of the opinion that the motion should be granted. Appellant's motion to
dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 31st day of March, 2000.